AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Jordan, Adalberto J. | U.S. Court of Appeals for the Eleventh Circuit | 5/15/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

99 N.E. 4th Street
Room 900
Miami, FL 33132

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Volunteer Girls' Head Soccer Coach | St. Brendan High School |
| 2. | Adjunct Professor | FIU College of Law |
| 3. | Adjunct Professor | University of Miami School of Law |
| 4. | Adjunct Professor | Harvard Law School |
| 5. | Member | Visiting Committee, University of Miami School of Law |
| 6. | Member | Judicial Advisory Board, American Society of International Law |
| 7. | Member | American Law Institute |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2016 | Adjunct Professor - University of Miami School of Law (Spring Semester 2017 - $8,000) |
| 2. | 2016 | Adjunct Professor - FIU College of Law (Spring Semester 2017 - $3,000) |
| 3. | 2016 | Adjunct Professor - University of Miami School of Law (Fall Semester 2017 - $5,000) |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Adalberto J. | 5/15/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | Adjunct Professor - University of Miami School of Law | $5,000.00 |
| 2. | 2016 | Adjunct Professor - Harvard Law School | $20,000.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | St. Brendan High School |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Court | 2/7/2016 thru 2/9/2016 | Atlanta, GA | Court governance administrative/managerial meetings. | Lodging, meals and transportation. |
| 2. | Court | 3/30/2016 thru 4/1/2016 | Denver, CO | Meeting of circuit judicial council or committees. | Lodging, meals and transportation. |
| 3. | Boston College Law School | 4/18/2016 thru 4/20/2016 | Boston, MA | Educational activities other than judicial education. | Lodging, meals and transportation. |
| 4. | Court | 5/4/2016 thru 5/7/2016 | Point Clear, AL | Circuit Judicial conference. | Lodging, meals and transportation. |
| 5. | Florida Bar | 6/16/2016 thru 6/18/2016 | Orlando, FL | Activity of professional assoc or civic organization. | Lodging, meals and mileage. |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Adalberto J. | 5/15/2017 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Court | 6/20/2016 thru 6/23/2016 | Atlanta, GA | Court governance or administrative/managerial meetings. | Lodging, meals and transportation. |
| 7. | University of Georgia | 10/4/2016 thru 10/5/2016 | Athens, GA | Non-FJC educational seminar or program. | Lodging, meals and transportation. |
| 8. | Court | 10/24/2016 thru 10/26/2016 | Atlanta, GA | Court governance or administrative/managerial meetings. | Lodging, meals and transportation. |
| 9. | Harvard Law School | 01/2016 thru 05/2016 | Boston, MA | Educational activities other than judicial education. | Lodging, meals and transportation. |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Adalberto J. | 5/15/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Adalberto J. | 5/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bencor FIU Savings Plan | B | Interest | J | T | | | | | |
| 2. Archdiocese of Miami 403(b) Retirement Plan (X) | A | Int./Div. | J | T | | | | | |
| 3. Archdiocese of Miami 403(b); Premier Money Mrkt Fd (Babson) | A | Interest | J | T | | | | | |
| 4. Archdiocese of Miami 403(b); Metropolitan West TI Rtn Bd Fund | A | Dividend | J | T | | | | | |
| 5. Archdiocese of Miami 403(b); Templeton Global Bond Fund | A | Dividend | J | T | | | | | |
| 6. Archdiocese of Miami 403(b); American Beacon Lg Cap Val Fund | A | Dividend | J | T | | | | | |
| 7. Archdiocese of Miami 403(b); Vanguard Value Index Fund | A | Dividend | J | T | | | | | |
| 8. Archdiocese of Miami 403(b); Nubrgr Brman Socially Resp Fund | A | Dividend | J | T | | | | | |
| 9. Archdiocese of Miami 403(b);Vanguard Total Stck Mkt Idx Fund | A | Dividend | J | T | | | | | |
| 10. Archdiocese of Miami 403(b); Sel Gr Opps Fd (Sands/JSP) | A | Dividend | J | T | | | | | |
| 11. Archdiocese of Miami 403(b); Prem Discipl Grth Fund (Babson) | A | Dividend | J | T | | | | | |
| 12. Archdiocese of Miami 403(b); American Fds Grth Fund America | A | Dividend | J | T | | | | | |
| 13. Archdiocese of Miami 403(b);Vanguard Strategic Equity Fund | A | Dividend | J | T | | | | | |
| 14. Archdiocese of Miami 403(b);Vanguard Small-Cap Val Indx Fund | A | Dividend | J | T | | | | | |
| 15. Archdiocese of Miami 403(b);Prm Oppenheimer-Fds Sm Cp Opp Fund | A | Dividend | J | T | | | | | |
| 16. Archdiocese of Miami 403(b); Baron Growth Fund | A | Dividend | J | T | | | | | |
| 17. Archdiocese of Miami 403(b); AmerFunds EuroPacific Gr Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 18. | Archdiocese of Miami 403(b); T. Rowe Price Int'l Eq Indx Fd | A | Dividend | J | T | | | | | |
| 19. | Archdiocese of Miami 403(b); Invesco International Growth Fund | A | Dividend | J | T | | | | | |
| 20. | Archdiocese of Miami 403(b); Oppenheimer Real Estate Fund | A | Dividend | J | T | | | | | |
| 21. | Synchrony Bank Savings Account | A | Interest | K | T | | | | | |
| 22. | Note for sale of ▨ house (co-payee) Miami, FL | A | Interest | M | T | Sold | 02/26/16 | M | | Ana Celia Muller |
| 23. | Note for sale of ▨ house (copayee) Miami, FL | A | Interest | M | T | Redeemed | 04/26/16 | M | A | Ana Celia Muller |
| 24. | | | | | | | | | | |
| 25. | | | | | | | | | | |
| 26. | | | | | | | | | | |
| 27. | | | | | | | | | | |
| 28. | | | | | | | | | | |
| 29. | | | | | | | | | | |
| 30. | | | | | | | | | | |
| 31. | | | | | | | | | | |
| 32. | | | | | | | | | | |
| 33. | | | | | | | | | | |
| 34. | | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII: My ⬛⬛⬛⬛⬛ sold her Miami house in February of 2016. Becasue she personally gave a mortgage to the buyer, ⬛⬛⬛⬛⬛ ⬛⬛⬛ I were co-payees ⬛⬛⬛⬛⬛ ) on the note from the buyer (which was secured by the mortgage). The buyer paid off the note just two months later, in April of 2016. All payments -- interest and principal -- went to ⬛⬛⬛

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Adalberto J. Jordan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544